IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PETER L. SKOWRONSKI, | | No. CIV S-10-3447-CMK-P |
| | Plaintiff, | |
| vs. | | ORDER |
| CDCR, et al., | | |
| | Defendants. | |
| _____/ | | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to address the case.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge to this case and to update the docket to reflect the new case number. 42 U.S.C. § 1983.

DATED: March 30, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1